IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEARA MOORE and LISA WEBB, | : | |
| Individually and on behalf of others | : | |
| similarly situated, | : | |
| | : | CIVIL ACTION FILE NO. |
| Plaintiffs, | : | |
| | : | 1:21-cv-02393 - TWT |
| vs. | : | |
| | : | |
| ZILLION CONCEPTS, LLC | : | |
| d/b/a RUMORS, and DAVID RASHMIR, | : | |
| | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO
### PLAINTIFFS' COLLECTIVE ACTION COMPLAINT

COME NOW Defendants in the above matter, by and through undersigned counsel, and hereby move for an order extending the time in which Defendants may respond in any way to Plaintiffs' Collective Action Complaint up to and through October 25, 2021.  Plaintiffs have stipulated and consented to the within Motion To Extend Time.

Respectfully submitted this 13th day of September, 2021.

*/s/ Paul J. Sharman*

-1-

Georgia Bar # 227207
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
678.242.297   Tel.
678.802.2129 Fax
paul@sharman-law.com
**Counsel for Plaintiffs**

*/s/ Kenneth I. Sokolov*

Georgia Bar # 666460
Smith & Liss, LLC
Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
404.760.6000 Tel
404.760.0225 Fax
ksokolov@smithliss.com
**Counsel For Defendants**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in Times New Roman (14 point) and fully complies with the font and point selection requirements of LR 5.1(B), NDGa.

*/s/Kenneth I. Sokolov*
Georgia Bar No. 666460

-2-

CERTIFICATE OF SERVICE

This is to certify that I have this date served the following individual(s) with the foregoing Motion For Extension Of Time To Respond To Plaintiffs' Collective Action Complaint with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following attorney(s) of record:

Paul J. Sharman, Esq.
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Submitted this 13th day of September, 2021.

/s/ *Kenneth I. Sokolov*