IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEARA MOORE and LISA WEBB, Individually and on behalf of others similarly situated, : : : : | |
| Plaintiffs, : : | CIVIL ACTION FILE NO. 1:21-cv-02393 - TWT |
| vs. : : | |
| ZILLION CONCEPTS, LLC d/b/a RUMORS, and DAVID RASHMIR, : : : | |
| Defendants. : | JURY TRIAL DEMANDED |

ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' COLLECTIVE ACTION COMPLAINT

Upon consideration of Defendants' Motion For Extension Of Time To Respond To Plaintiffs' Collective Action Complaint, and Plaintiffs having agreed and stipulated thereto, said Motion is hereby granted.

The time within which Defendants may respond in any way to Plaintiffs' Collective Action Complaint is hereby extended up to and through October 25, 2021.

[SIGNATURE ON NEXT PAGE]

-1-

SO ORDERED this __14th__ day of __September__, 2021.

_____
Thomas W. Thrash, United States District Judge

CERTIFICATE OF SERVICE

This is to certify that I have this date served the following individual(s) with the foregoing (Proposed) Order Granting Defendants' Motion For Extension Of Time To Respond To Plaintiffs' Collective Action Complaint with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following attorney(s) of record:

Paul J. Sharman, Esq.
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

Submitted this 13th day of September, 2021.

/s/ Kenneth I. Sokolov