IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEARA MOORE AND LISA WEBB, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ZILLION CONCEPTS, LLC d/b/a RUMORS, and DAVID RASHMIR,<br><br>Defendants. | ]<br>]<br>] CAF NO.: 1:21-CV-02393-TWT<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 21 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**PLAINTIFF, KEARA MOORE'S DISMISSAL WITH PREJUDICE**

**COMES NOW**, Keara Moore, Plaintiff in the above-styled action and hereby files this her DISMISSAL WITH PREJUDICE, individually.

This 17 day of Sept, 2021

_____
Keara Moore

_____
Witness

_____
Witness

September 15, 2021

The Sharman Law Firm, LLC
Mr. Paul J. Sharman

Re:   ***Keara Moore and Lisa Webb, Individually and on behalf of others similarly situated v. ZILLION CONCEPTS, LLC ) d/b/a RUMORS, and DAVID RASHMIR***
      USDC, Northern District of Georgia, Atlanta Division
      Case No.: 1:21-CV-02393

Dear Mr. Sharman:

Please be advised that I no longer want you to represent me in the above-styled lawsuit. Also, pursuant to Georgia law, I am hereby requesting an entire copy of my file to be available to me no later than 30 days from the date of this letter.

Please let me know when I can pick up an entire copy of my file. If there is a charge for copying, please let me know and I will pay those charges.

Thank you.

Keara Moore

*[signature]*   9/17/21