IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEARA MOORE, et al.,

    Plaintiffs,

      v.

ZILLION CONCEPTS, LLC
doing business as
Rumors, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:21-CV-2393-TWT

**ORDER**

This is an FLSA action.   It is before the Court on the Plaintiff Moore's Motion to Enforce Settlement [Doc. 9]. It appears that the Defendant entered into an illegal settlement with the Plaintiff that was not submitted for Court approval. The Court will conduct an evidentiary hearing on this matter on a date to be determined.

SO ORDERED, this  19th  day of November, 2021.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge